1

**Hyman DARLING, Plaintiff In Error, v. UNITED STATES, Defendant in Error.**

(Circuit Court of Appeals, Fourth Circuit. June 24, 1926.)

No. 2486.

In Error to the District Court of the United States for the Northern District of West Virginia, at Wheeling; William E. Baker, Judge.

David A. McKee and John B. Wilson, both of Wheeling, W. Va., for plaintiff in error.

Arthur Arnold, U. S. Atty., of Piedmont, W. Va., and Russell L. Furbee, Asst. U. S. Atty., of Parkersburg, W. Va., for the United States.

Before WADDILL, ROSE, and PARKER, Circuit Judges.

PER CURIAM. We have given careful consideration to this case, and, in the light of the assignments of error and the arguments of counsel therein, are convinced that there is no error in the action of the trial court complained of, for which a reversal should be had, and that its judgment should be affirmed.

Affirmed.

2

**DIRECTOR GENERAL of Railroads, Libelant-Appellee, v. William MOLYNEAUX, Respondent-Appellant.**

(Circuit Court of Appeals, Second Circuit. June 7, 1926.)

No. 363.

Appeal from the District Court of the United States for the Southern District of New York.

Macklin, Brown & Van Wyck, of New York City (H. L. Cheyney, of New York City, of counsel), for appellant.

Burlingham, Veeder, Masten & Fearey, of New York City (C. I. Clark and P. Fearson Shortridge, both of New York City, of counsel), for appellee.

Before MANTON and MACK, Circuit Judges, and AUGUSTUS N. HAND, District Judge.

PER CURIAM. Decree (298 F. 194) affirmed in open court.